MISSISSIPPI, OUACHITA & RED RIVER R. R. CO. vs. WELLS.

Mr. Justice COMPTON delivered the opinion of the Court.

This case is the same, in all respects, as that of the *Mississippi, Ouachita & Red River Railroad Co. vs. Chesnutt*, decided at the present term. All of the questions involved are settled in the case of the *same plaintiff vs. Gaster*, also decided at the present term.

The judgment of the Court below must be affirmed.